IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIAM JONES, III** **PLAINTIFF**

V. CIVIL ACTION NO.: 2:22-cv-74-TBM-RPM

**THE CITY OF HATTIESBURG
HATTIESBURG POLICE DEPARTMENT
FORREST COUNTY BOARD OF SUPERVISORS
SHERIFF FORREST COUNTY MISSISSIPPI
UNKNOWN POLICE OFFICERS A-Z.
IN THEIR INDIVIDUAL CAPACITY
UNKNOWN DEFENDANTS A-Z
UNKNOWN NEWS MEDIAS A-Z** **DEFENDANTS**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE (FRCP) 41(A) AND ORDER OF DISMISSAL

Plaintiff, William Jones, III and Defendants hereby stipulate under Federal Rule of Civil Procedure 41 (a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action and parties.

Dated: October 13, 2022

                JONES LAW FIRM

                /S/VANESSA J JONES
                By: VANESSA J JONES
                Attorney for Plaintiff WILLIAM JONES, III
                PO BOX 1554
                HATTIESBURG, MS 39403
                Telephone: (601) 582-9177
                Facsimile: (601) 582-5340
                MSB NO. 10236

Dated: October 13, 2022

                                HICKS LAW FIRM

                                By: R. LANE DOSSETT
                                Attorney for Defendants, The City of
                                Hattiesburg and Hattiesburg Police Department

Dated: October 13, 2022

                                ALLEN, ALLEN, BREELAND & ALLEN, PLLC

                                By: KATELYN A. RILEY
                                Attorney for Defendants,
                                Forrest County Board of Supervisors and
                                Sheriff Forrest County

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITHOUT PREJUDICE as to all claims, causes of action and parties. The Clerk is directed to close the file.

Dated: _____

                                ROBERT P. MYERS, JR.
                                U. S. MAGISTRATE JUDGE